IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02539-WYD-MJW

KENNETH MURPHY,

Plaintiff,

v.

THE CITY OF AURORA, a Colorado municipal corporation, and
DANIEL OATES, in his individual capacity and in his official capacity as Chief of the
Aurora Police Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 17) is GRANTED finding good cause shown. The written Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 18 and made an Order of Court.

Date: November 25, 2013