IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02539-WYD-MJW

KENNETH MURPHY,

Plaintiff,

v.

THE CITY OF AURORA, a Colorado municipal corporation, and
DANIEL OATES, in his individual capacity and in his official capacity as Chief of the Aurora Police Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Discovery Cutoff (Docket No. 21) is GRANTED. The Scheduling Order (Docket No. 13) is amended to extend discovery cutoff to June 27, 2014 and the dispositive motions deadline to July 28, 2014.

     It is FURTHER ORDERED that the Final Pretrial Conference set for August 14, 2014 at 9:00 a.m. is VACATED. The Final Pretrial Conference is RESET for September 25, 2014 at 9:30 a.m.

Date: March 10, 2014