IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02539-WYD-MJW

KENNETH MURPHY,

   Plaintiff,

v.

THE CITY OF AURORA, a Colorado Municipal Corporation;
DANIEL OATES, in his individual capacity and in his official capacity as Chief of the Aurora Police Department,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

   The Unopposed Motion for Early Neutral Evaluation Conference With Magistrate Judge Mix (ECF No. 49) is **GRANTED.**  The parties shall contact Magistrate Judge Mix's chambers not later than **Friday, October 24, 2014** in order to schedule an early neutral evaluation conference.

   Dated:  October 17, 2014