IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02539-WYD-MJW

KENNETH MURPHY,

Plaintiff,

v.

THE CITY OF AURORA, a Colorado municipal corporation, and
DANIEL OATES, in his individual capacity and in his official capacity as Chief of the Aurora Police Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Re-Open Discovery **(Docket No. 62)** is **GRANTED**. It is further ORDERED that:

- Discovery shall be re-opened solely for the limited purpose of conducting discovery into Plaintiff's allegations that Defendants unlawfully failed to promote Plaintiff to the rank of Chief of Police;

- The discovery plan outlined in Paragraph 2 of the Motion (Docket No. 62) is APPROVED;

- Plaintiff's amended expert report, if any, is due on or before April 17, 2015;

- Defendants' rebuttal to Plaintiff's amended expert report, if any, is due on or before May 18, 2015;

- The deadline to serve written discovery is May 15, 2015; and

- Discovery for this limited purpose shall be complete by June 17, 2015.

Date: March 18, 2015