IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02539-WYD-MJW

KENNETH MURPHY,

    Plaintiff,

v.

THE CITY OF AURORA, a Colorado Municipal Corporation;
DANIEL OATES, in his individual capacity and in his official capacity as Chief of the Aurora Police Department,

    Defendants.

## SUPPLEMENT TO ORDER DATED MARCH 23, 2015

On March 23, 2015, I issued an order granting summary judgment in favor of Defendant Daniel Oates and the Defendant City of Aurora.  (ECF No. 65).  To the extent that my order did not make clear, the motion for summary judgment is granted as to Plaintiff's claims against Defendant Daniel Oates in both his individual capacity and his official capacity.  The qualified immunity analysis set forth in my order applies to Oates' individual capacity.  As to Oates' official capacity, "[b]ecause a suit against a municipal employee in his 'official capacity' is the same as a suit against the city, the dismissal of the City of [Aurora] requires the dismissal of the defendant officer[]" Daniel Oates in his official capacity.  *Hays v. Ellis*, 331 F. Supp. 2d 1303, 1306 n.2 (D.Colo. 2004). Accordingly, because I granted summary judgment in favor of the City of Aurora, I likewise grant summary judgment in favor of Defendant Daniel Oates in his official

-2-

capacity for the reasons set forth in my previous order. In all other respects, my Order of March 23, 2015 (ECF No. 65) remains in full force and effect.

    Dated: March 23, 2015

                            BY THE COURT:

                            <u>s/ Wiley Y. Daniel</u>
                            Wiley Y. Daniel
                            Senior United States District Judge