IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02539-WYD-MJW

KENNETH MURPHY,

     Plaintiff,

v.

THE CITY OF AURORA, a Colorado Municipal Corporation;
DANIEL OATES, in his individual capacity and in his official capacity as Chief of the
Aurora Police Department,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiff Kenneth Murphy's Motion to Reconsider Pursuant to Fed. R. Civ. P.
60(b) [ECF No. 70], filed April 20, 2015 is **GRANTED** to the extent that the Court will
allow limited briefing on the sole issue of municipal liability as it relates to whether the
City of Aurora can be held liable for Chief Oates' decision to demote Murphy.
Accordingly, Defendants may file a motion for summary judgment on this limited issue
not later than **July 10, 2015.**  Plaintiff may file a response within 21 days of the filing of
the motion, and Defendants may file a reply within 14 days of the filing of the response.

     Dated:  June 9, 2015